UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 07122
   JOYCE MARIE DUPONT
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9727
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/25/04 and confirmed on 05/18/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   3825.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE | SECURED VEHIC | 400.00 | 17.87 | 400.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2184.83 | .00 | 218.48 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| DONALD FLYNN DDS | UNSECURED | 2828.29 | .00 | 282.83 |
| ROUNDUP FUNDING LLC | UNSECURED | 579.84 | .00 | 57.98 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 374.24 | .00 | 37.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2589.60 | .00 | 258.96 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1227.99 | .00 | 122.80 |
| CAPITAL ONE FINANCIAL | UNSECURED | 526.57 | .00 | 52.66 |
| CAPITAL ONE FINANCIAL | UNSECURED | 312.91 | .00 | 31.29 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 400.00 | .00 | 10624.27 | .00 | 11024.27 |
| PRINCIPAL PAID | 400.00 | .00 | 1062.42 | .00 | 1462.42 |
| INTEREST PAID | 17.87 | .00 | .00 | .00 | 17.87 |
| TOTAL PAID | 417.87 | .00 | 1062.42 | .00 | 1480.29 |

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2200.00
and was paid $    56.00   direct and $   2144.00   through the plan.

The Trustee received $     163.14 .

Refunds to the Debtor totaled $       37.57 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/09/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```